**SANDERS** · LAW GROUP ·

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 11, 2025

*__Via ECF__*
Hon. Katherine Polk Failla, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007



Re:    *Matthew McDermott v. Heavy Inc.*
Case No: 1:25-cv-07801-KPF

Dear Judge Failla:

We are the attorneys for the plaintiff, Matthew McDermott ("*Plaintiff*") in this matter and write pursuant to Rule 2.C.i of Your Honor's individual rules of practice to respectfully request that the initial conference presently scheduled in this matter for December 19, 2025, at 10:30AM be adjourned for 30 days, or to a similar date convenient to the Court.

The reasons for this request include, but are not limited to, that the defendant, Heavy, Inc. ("*Defendant*") has yet to appear in this action. Although Defendant has yet to appear, we have recently been contacted by counsel for Defendant and anticipate that a waiver of service will be executed, which will be filed with the Court. Based upon our prior experience with counsel, we also expect to be able to have a meaningful dialogue in advance of the conference regarding the issues, as well ad endeavoring to see if this matter can be resolved without the need for further judicial intervention. Unfortunately, the present time constraints will not permit that to happen in advance of next week's conference.

In accordance with Your Honor's rules, we note that this is the first time on for the conference. Accordingly, no prior requests for an adjournment have been made. I am also authorized to advise the Court that counsel consents to this request.

In closing, we thank the Court for its consideration of this request.

Respectfully submitted,

/s *Craig B Sanders*
Craig B Sanders

Application GRANTED.

The initial pretrial conference currently scheduled for December 19, 2025, is hereby ADJOURNED to **January 23, 2026,** at **11:00 a.m.**  As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry eight.

Dated:    December 11, 2025         SO ORDERED.
          New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE